UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

GIANNA PARENTE

CRIMINAL NO. 3:26CR 96 (SRU)(      )

VIOLATION:

18 U.S.C. § 1344(2)
(Bank Fraud)

INFORMATION

The United States Attorney charges:

United States District Court
District of Connecticut
FILED AT   BRIDGEPORT

May 26            2026
Dinah Milton Kinney, Clerk

By
Deputy Clerk

COUNT ONE
(Bank Fraud)

Background

At all times relevant to this Information:

1.      The defendant GIANNA PARENTE ("PARENTE") resided in Connecticut.

2.      Bank of America, N.A. ("Bank of America") was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation. Bank of America is headquartered in North Carolina and has branch locations in the District of Connecticut.

The Scheme

3.      Beginning on at least July 28, 2022, and continuing until on or about February 9, 2023, in the District of Connecticut and elsewhere, PARENTE did knowingly execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of Bank of America by means of materially false and fraudulent pretenses, representations, and promises.

4.      As a part of this scheme, other scheme participants recruited individuals ("the runners") with the promise of cash in exchange for utilizing their bank accounts. PARENTE and other scheme participants obtained the runners' bank account information, debit cards, and personal identification numbers. The defendant and other scheme participants deposited fraudulent checks into the accounts and then withdrew and attempted to withdraw money from the fraudulent checks before the bank realized the checks were fraudulent. Some of the fraudulent checks deposited into the runners' accounts included checks stolen from the U.S. Mail, with original payee information and dollar amounts altered.

5.      As an example, on or about November 7, 2022, for the purpose of executing and attempting to execute the scheme and artifice described above, PARENTE deposited an altered check for $6,177.45 into a runner's Bank of America account at the Bank of America Financial Center in Trap Falls, Connecticut.

All in violation of Title 18, United States Code, Section 1344(2).

UNITED STATES OF AMERICA

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

CHRISTOPHER J. LEMBO
ASSISTANT UNITED STATES ATTORNEY